# EXHIBIT B



No Items in Cart  LOGOUT  dthornton2
Civil Docket Report
A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 240900115 |
| **Case Caption:** | FOOTE ETAL VS ALL ELITE WRESTLING, LLC ETAL |
| **Filing Date:** | Friday , August 30th, 2024 |
| **Court:** | CLASS ACTION |
| **Location:** | CITY HALL |
| **Jury:** | JURY |
| **Case Type:** | CLASS ACTION |
| **Status:** | LISTED FOR CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| CASE MGMT CONF CLASS ACTION | 15-NOV-2024 11:30 AM | VIA ADVANCED COMMUN. TECH. | REMOTE HEARING | *unassigned* |

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | BAER, BENJAMIN J |
| **Address:** | EIGHT PENN CENTER 1628 JFK BLVD. SUITE 1302 PHILADELPHIA PA 19103 (215)402-2442 bbaer@injurylawpartners.com | **Aliases:** | none | |
| 2 | 1 | | PLAINTIFF | FOOTE, KEVIN |
| **Address:** | 364 W BARRENS VALLEY ROAD DILLSBURG PA 17019 | **Aliases:** | KELLY, KEVIN | |

| | | | | | |
|---|---|---|---|---|---|
| | 3 | 1 | | PLAINTIFF | TATE, BRANDON |
| **Address:** | 4501 TILLERY DRIVE APT. C27 KNOXVILLE TN 37912 | | **Aliases:** | *none* | |
| | 4 | 1 | | PLAINTIFF | TATE, BRENT |
| **Address:** | 4205 CHINKAPIN LANE KNOXVILLE TN 37921 | | **Aliases:** | *none* | |
| | 5 | 9 | | DEFENDANT | ALL ELITE WRESTLING LLC |
| **Address:** | 1 TIAA BANK FIED DRIVE JACKSONVILLE FL 32202 | | **Aliases:** | *none* | |
| | 6 | 9 | | DEFENDANT | IAN RICCABONI |
| **Address:** | 2503 COLORADO STREET ALLENTOWN PA 18103 | | **Aliases:** | *none* | |
| | 7 | 9 | | DEFENDANT | KHAN, TONY |
| **Address:** | 1 TIAA BANK FIELD DRIVE JACKSONVILLE FL 32202 | | **Aliases:** | *none* | |
| | 8 | | | TEAM LEADER | PATRICK, PAULA |
| **Address:** | CITY HALL RM 510 PHILADELPHIA PA 19107 (215)686-8338 | | **Aliases:** | *none* | |
| | 9 | | | ATTORNEY FOR DEFENDANT | THORNTON, DANIEL F |
| **Address:** | THREE PARKWAY 1601 CHERRY STREET, SUITE 1350 PHILADELPHIA PA 19102 (267)319-7811 Daniel.Thornton@jacksonlewis.com | | **Aliases:** | *none* | |
| | 10 | 9 | | ATTORNEY FOR DEFENDANT | REESE, CARALYN |

| Address: | JACKSON LEWIS P.C.<br>THREE PARKWAY, 1601 CHERRY STR<br>STE 1350<br>PHILADELPHIA PA 19102<br>(267)319-7802<br>caralyn.reese@jacksonlewis.com | Aliases: | none |
|---|---|---|---|

**Docket Entries**

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 30-AUG-2024 02:28 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2408067159 | | |
| | | | |
| 30-AUG-2024 02:28 PM | COMMENCEMENT CIVIL ACTION JURY | BAER, BENJAMIN J | |
| **Documents:** | Final Cover | | |
| **Docket Entry:** | none. | | |
| | | | |
| 30-AUG-2024 02:28 PM | COMPLAINT FILED NOTICE GIVEN | BAER, BENJAMIN J | |
| **Documents:** | Complaint to be Filed w Redactions.pdf | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| | | | |
| 30-AUG-2024 02:28 PM | JURY TRIAL PERFECTED | BAER, BENJAMIN J | |
| **Docket Entry:** | 12 JURORS REQUESTED. | | |
| | | | |
| 30-AUG-2024 02:28 PM | WAITING TO LIST CASE MGMT CONF | BAER, BENJAMIN J | |
| **Docket Entry:** | none. | | |

| 03-SEP-2024 01:38 PM | MOTION TO FILE UNDER SEAL | BAER, BENJAMIN J | |
|---|---|---|---|
| **Documents:** | Motion and Memo to File Under Seal.pdf<br>Motion CoverSheet Form | | |
| **Docket Entry:** | 79-24090279 RESPONSE DATE 09/23/2024. (FILED ON BEHALF OF BRENT TATE, BRANDON TATE AND KEVIN FOOTE) | | |
| | | | |
| 04-SEP-2024 11:28 AM | LISTED FOR CASE MGMT CONF | | |
| **Docket Entry:** | none. | | |
| | | | |
| 04-SEP-2024 11:28 AM | CONFERENCE DATE SET | | |
| **Documents:** | CLCDS_8.pdf | | |
| **Docket Entry:** | none. | | |
| | | | |
| 04-SEP-2024 11:28 AM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 04-SEP-2024 OF CONFERENCE DATE SET ENTERED ON 04-SEP-2024. | | |
| | | | |
| 04-SEP-2024 11:36 AM | WAITING TO LIST CASE MGMT CONF | | |
| **Docket Entry:** | none. | | |
| | | | |
| 04-SEP-2024 11:36 AM | LISTED FOR CASE MGMT CONF | | |
| **Docket Entry:** | none. | | |
| | | | |
| 09-SEP-2024 04:37 PM | ENTRY OF APPEARANCE | THORNTON, DANIEL F | |
| **Documents:** | Foote-NOA (DFT)(2024-09-09).pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF DANIEL F THORNTON FILED. (FILED ON BEHALF OF TONY KHAN, IAN RICCABONI AND ALL ELITE WRESTLING LLC) | | |
| | | | |

| 09-SEP-2024 05:00 PM | ENTRY OF APPEARANCE-CO COUNSEL | REESE, CARALYN | |
|---|---|---|---|
| **Documents:** | Foote-NOA (CMR)(2024-09-09).pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF CARALYN REESE AS CO-COUNSEL FILED. (FILED ON BEHALF OF TONY KHAN, IAN RICCABONI AND ALL ELITE WRESTLING LLC) | | |
| | | | |
| 25-SEP-2024 11:35 AM | MOTION ASSIGNED | | |
| **Docket Entry:** | 79-24090279 MOTION TO FILE UNDER SEAL ASSIGNED TO JUDGE: PATRICK, PAULA . ON DATE: SEPTEMBER 25, 2024 | | |
| | | | |
| 26-SEP-2024 07:33 PM | ORDER ENTERED/236 NOTICE GIVEN | PATRICK, PAULA | |
| **Documents:** | ORDER_15.pdf | | |
| **Docket Entry:** | 79-24090279 AND NOW, THIS 26TH DAY OF SEPTEMBER, 2024, UPON CONSDERATION OF PLAINTIFFS' MOTION TO FILE COMPLAINT AND EXHIBITS UNDER SEAL IT IS HEREBY ORDERED AND DECREED THAT SAID MOTION IS GRANTED. PLAINTIFFS' COMPLAINT AND EXHIBITS SHALL BE SEALED. BY THE COURT: JUDGE PATRICK, 9/26/24. | | |
| | | | |
| 26-SEP-2024 07:33 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 27-SEP-2024 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-SEP-2024. | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[E-Filing System]    [Search Home]