# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KEVIN FOOTE (aka Kevin Kelly),
Individually and on behalf of all others
similarly situated;

BRANDON TATE, Individually and
on behalf of all others similarly
situated; and

BRENT TATE, Individually and on
behalf of all others similarly situated;

     Plaintiffs,

v.

ALL ELITE WRESTLING, LLC;

IAN RICCABONI; and

TONY KHAN;

     Defendants.

Civil Action No. _____

## <u>NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)</u>

To:   Kate Barkman, Clerk of Court
U.S. District Court for the Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1797

Benjamin J. Baer, Esquire
bbaer@injurylawpartners.com
**INJURY LAW PARTNERS**
1628 JFK Blvd, Suite 1302

Philadelphia, PA 19103
215-402-2442

Stephen P. New, Esquire
steve@newlawoffice.com
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Dr.
Beckley, WV 25801
304-250-6017

**PLEASE TAKE NOTICE** that on October 4, 2024, the Notice of Filing of

Notice and Petition for Removal, attached hereto as **Exhibit 1**, was filed with the

Prothonotary of the Philadelphia County Court of Common Pleas.

Respectfully submitted,

**JACKSON LEWIS P.C.**

Dated: October 4, 2024   By:   */s/ Daniel F. Thornton*
Daniel F. Thornton (PA No. 318431)
daniel.thornton@jacksonlewis.com
Caralyn M. Reese (PA No. 330726)
caralyn.reese@jacksonlewis.com
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
267-319-7802

B. Tyler White*
tyler.white@jacksonlewis.com
James D. McGuire*
james.mcguire@jacksonlewis.com
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202
904-638-2655

*Counsel for Defendants*

* *pro hac vice* forthcoming

# EXHIBIT 1

**JACKSON LEWIS P.C.**
BY:    Daniel F. Thornton (PA No. 318431)
         Caralyn M. Reese (PA No. 330726)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
F: (215) 399-2249
daniel.thornton@jacksonlewis.com
caralyn.reese@jacksonlewis.com

BY:    B. Tyler White*
         James D. McGuire*
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202
904-638-2655
tyler.white@jacksonlewis.com
james.mcguire@jacksonlewis.com
* pro hac vice forthcoming

*ATTORNEYS FOR DEFENDANTS*

| | |
|---|---|
| KEVIN FOOTE (aka Kevin Kelly), Individually and on behalf of all others similarly situated; | IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| BRANDON TATE, Individually and on behalf of all others similarly situated; and | |
| BRENT TATE, Individually and on behalf of all others similarly situated; | Docket No.: 240900115 |
|      Plaintiffs, | |
| v. | |
| ALL ELITE WRESTLING, LLC; | |
| IAN RICCABONI; and | |
| TONY KHAN; | |
|      Defendants. | |

**<u>NOTICE OF FILING OF NOTICE AND PETITION FOR REMOVAL</u>**

To:     Clerk of Court
        Court of Common Pleas, Philadelphia County
        1301 Filbert Street
        Suite 310 B
        Philadelphia, Pennsylvania 19107

        Benjamin J. Baer, Esquire
        bbaer@injurylawpartners.com
        **INJURY LAW PARTNERS**
        1628 JFK Blvd, Suite 1302
        Philadelphia, PA 19103
        215-402-2442

        Stephen P. New, Esquire
        steve@newlawoffice.com
        **STEPHEN NEW & ASSOCIATES**
        430 Harper Park Dr.
        Beckley, WV 25801
        304-250-6017

    **PLEASE TAKE NOTICE** that on October 4, 2024, Defendants All Elite Wrestling, LLC,

Ian Riccaboni and Tony Khan ("Defendants") electronically filed a Notice and Petition for

Removal of this action with the U.S. District Court for the Eastern District of Pennsylvania with

that Court.

    **PLEASE TAKE FURTHER NOTICE** that in accordance with 28 U.S.C. § 1446,

Defendants are submitting a true and correct copy of that Notice and Petition for Removal, which

is attached hereto as **Exhibit A**, for filing with the Philadelphia County Court of Common Pleas.

                            Respectfully submitted,

                            **JACKSON LEWIS P.C.**

Dated: <u>October 4, 2024</u>         By:     <u>*/s/ Daniel F. Thornton*</u>
                                    Daniel F. Thornton (PA No. 318431)
                                    daniel.thornton@jacksonlewis.com
                                    Caralyn M. Reese (PA No. 330726)
                                    caralyn.reese@jacksonlewis.com

2

Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
267-319-7802

B. Tyler White*
tyler.white@jacksonlewis.com
James D. McGuire*
james.mcguire@jacksonlewis.com
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202
904-638-2655
*Counsel for Defendants*
* *pro hac vice* forthcoming

3

| | |
|---|---|
| KEVIN FOOTE (aka Kevin Kelly), Individually and on behalf of all others similarly situated; | IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| BRANDON TATE, Individually and on behalf of all others similarly situated; and | Docket No.: 240900115 |
| BRENT TATE, Individually and on behalf of all others similarly situated; | |
| Plaintiffs, | |
| v. | |
| ALL ELITE WRESTLING, LLC; | |
| IAN RICCABONI; and | |
| TONY KHAN; | |
| Defendants. | |

## CERTIFICATION OF SERVICE

I hereby certify that true and correct copies of Defendants' Notice of Filing of Notice and Petition for Removal and this Certification of Service were served on this 4th day of October, 2024, via the Court's ECF system and electronic mail upon the following counsel of record:

Benjamin J. Baer, Esquire
bbaer@injurylawpartners.com
**INJURY LAW PARTNERS**
1628 JFK Blvd, Suite 1302
Philadelphia, PA 19103
215-402-2442

Stephen P. New, Esquire
steve@newlawoffice.com
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Dr.
Beckley, WV 25801
304-250-6017

4

Respectfully submitted,

**JACKSON LEWIS, P.C.**

*/s/ Daniel F. Thornton*
Daniel F. Thornton (PA No. 318431)

4881-9796-0172, v. 1

5