JS 44   (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Kevin Foote (aka Kevin Kelly), Brandon Tate, and Brent Tate | All Elite Wrestling, LLC, Ian Riccaboni, and Tony Khan |

**(b)** County of Residence of First Listed Plaintiff    York

*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Benjamin J Baer, Esq., Injury Law Partners, 1628 JFK Blvd., Ste 1302, Philadelphia, PA 19103; (215) 402-2442

Attorneys *(If Known)*

Daniel F. Thornton, Esq., Jackson Lewis, P.C., 1601 Cherry Street, Ste. 1350, Philadelphia, PA 19102; (267) 319-7802

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane   [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product    Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument |    Liability   [ ] 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment    & Enforcement of Judgment | [ ] 320 Assault, Libel &    Pharmaceutical    Slander    Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers'    Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted    Student Loans    (Excludes Veterans) |    Liability   [ ] 368 Asbestos Personal    [ ] 340 Marine      Injury Product    [ ] 345 Marine Product      Liability | | [ ] 835 Patent - Abbreviated      New Drug Application [ ] 840 Trademark | [ ] 460 Deportation [ ] 470 Racketeer Influenced and    Corrupt Organizations |
| [ ] 153 Recovery of Overpayment    of Veteran's Benefits |    Liability   **PERSONAL PROPERTY** | | [ ] 880 Defend Trade Secrets    Act of 2016 | [ ] 480 Consumer Credit      (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle   [ ] 370 Other Fraud | | | [ ] 485 Telephone Consumer |
| [x] 190 Other Contract | [ ] 355 Motor Vehicle   [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** |      Protection Act |
| [ ] 195 Contract Product Liability |    Product Liability   [ ] 380 Other Personal | [ ] 710 Fair Labor Standards      Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 360 Other Personal      Property Damage    Injury   [ ] 385 Property Damage | [ ] 720 Labor/Management      Relations | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/      Exchange |
| | [ ] 362 Personal Injury -      Product Liability    Medical Malpractice | [ ] 740 Railway Labor Act [ ] 751 Family and Medical      Leave Act | [ ] 863 DIWC/DIWW (405(g)) [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights    **Habeas Corpus:** | [ ] 791 Employee Retirement      Income Security Act | | [ ] 895 Freedom of Information      Act |
| [ ] 220 Foreclosure | [ ] 441 Voting   [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment   [ ] 510 Motions to Vacate | | [ ] 870 Taxes (U.S. Plaintiff      or Defendant) | [ ] 899 Administrative Procedure |
| [ ] 240 Torts to Land | [ ] 443 Housing/      Sentence    Accommodations   [ ] 530 General | | [ ] 871 IRS—Third Party      26 USC 7609 |      Act/Review or Appeal of      Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities -   [ ] 535 Death Penalty | | | [ ] 950 Constitutionality of |
| [ ] 290 All Other Real Property |    Employment    **Other:**   [ ] 446 Amer. w/Disabilities -   [ ] 540 Mandamus & Other | **IMMIGRATION** | |      State Statutes |
| |    Other   [ ] 550 Civil Rights   [ ] 448 Education   [ ] 555 Prison Condition               [ ] 560 Civil Detainee -                    Conditions of                    Confinement | [ ] 462 Naturalization Application [ ] 465 Other Immigration      Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1331, 1332, 1367, 1441, 1446, and 1453; Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 to 219

Brief description of cause:
This action falls within Class Action Fairness Act jurisdiction, and Plaintiffs allege claims under the Fair Labor Standards Act of 1938.

## VII. REQUESTED IN COMPLAINT:

[x] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 5,000,000+

CHECK YES only if demanded in complaint:

JURY DEMAND: [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   10/04/2024

SIGNATURE OF ATTORNEY OF RECORD   *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____