# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN FOOTE (aka Kevin Kelly), Individually and on behalf of all others similarly situated; *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ALL ELITE WRESTLING, LLC; *et al.*,<br><br>　　　　Defendants. | Civil Action No. 2:24-cv-05351<br><br>Hon. Mia Roberts Perez, U.S.D.J. |

## ALL ELITE WRESTLING, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 Defendant All Elite Wrestling, LLC states that its parent corporation is Beatnick Investments, LLC, and that no publicly held corporation owns ten percent or more of its stock.

Pursuant to Section I.E of the Court's Policies and Procedures, no third party is funding any portion of this litigation on Defendants' behalf.

Respectfully submitted,

**JACKSON LEWIS P.C.**

Dated: <u>October 8, 2024</u>     By:     */s/ Daniel F. Thornton*
Daniel F. Thornton (PA No. 318431)
daniel.thornton@jacksonlewis.com
Caralyn M. Reese (PA No. 330726)
caralyn.reese@jacksonlewis.com
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
267-319-7802

B. Tyler White*
tyler.white@jacksonlewis.com
James D. McGuire*
james.mcguire@jacksonlewis.com
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202
904-638-2655

*Counsel for Defendants*

* *pro hac vice* forthcoming

## **CERTIFICATE OF SERVICE**

I certify that on October 8, 2024, I caused a copy of the foregoing document to be served on the following counsel of record via electronic filing:

Benjamin J. Baer, Esquire
bbaer@injurylawpartners.com
**INJURY LAW PARTNERS**
1628 JFK Blvd, Suite 1302
Philadelphia, PA 19103
215-402-2442

*/s/ Daniel F. Thornton*
Daniel F. Thornton