# EXHIBIT A

RECEIVED
SEP 26 2024
ROOM 521

FILED
03 SEP 2024 01:38 pm
Civil Administration
D. KIM

| | |
|---|---|
| KEVIN FOOTE (aka Kevin Kelly), Individually and on behalf of all others similarly situated<br>364 W Barrens Valley Road<br>Dillsburg, Pennsylvania 17019 | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNY<br>:<br>: SEPTEMBER TERM, 2024<br>: No.0115 |
| BRANDON TATE, Individually and on behalf of all other similarly situated<br>4501 Tillery Dr. Apt #C27<br>Knoxville, Tennessee 37912 | :<br>:<br>:<br>: **JURY TRIAL DEMANDED** |
| BRENT TATE, Individually and on behalf of all other similarly situated<br>4205 Chinkapin Lane<br>Knoxville, TN 37921 | |
| Plaintiffs, | |
| v. | |
| ALL ELITE WRESTLING, LLC<br>1 TIAA Bank Field Drive<br>Jacksonville, FL 32202 | |
| IAN RICCABONI<br>2503 Colorado St.<br>Allentown, PA 18103<br>TONY KHAN<br>1 TIAA Bank Field Drive<br>Jacksonville, FL 32202 | |
| Defendants. | |

DOCKETED
SEP 26 2024
R. POSTELL
COMMERCE PROGRAM

## ORDER

AND NOW, this 26TH day of September, 2024, upon consideration of Plaintiffs' Motion to File Complaint and Exhibits Under Seal it is hereby ORDERED and DECREED that said Motion is GRANTED. Plaintiffs' Complaint and Exhibits shall be sealed.

BY THE COURT:

_____ J.

ORDER-Foote Etal Vs All Elite Wrestling, Llc Etal [RCP]

2409001150015

Case ID: 240900115
Control No.: 24090279