**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEVIN FOOTE (aka Kevin Kelly), Individually and on behalf of all others similarly situated; *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ALL ELITE WRESTLING, LLC; *et al.*<br><br>Defendants. | Civil Action No. 2:24-cv-05351<br><br>Hon. Mia Roberts Perez, U.S.D.J. |

**ORDER**

AND NOW, this _____ day of _____ , 2024, upon consideration of the Consent Motion for Leave to File Under Seal filed by Defendants All Elite Wrestling, LLC, Ian Riccaboni and Tony Khan, it is hereby ordered that Defendants' Motion is GRANTED.

Defendants shall file unredacted versions of Plaintiffs' Class Action Complaint and the exhibits thereto under seal.

**BY THE COURT:**

_____
Mia Roberts Perez, J.