IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kevin Foote (aka Kevin Kelly), et. al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| All Elite Wrestling, LLC, et. al. | : | No.: 24-05351 |

### ORDER

AND NOW, this 10th day of October, 2024, it is hereby

ORDERED that the application of _B. Tyler White_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]   GRANTED.[1]

[ ]   DENIED.

_____
HON. MIA R. PEREZ                   , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.