IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN FOOTE (aka Kevin Kelly), Individually and on behalf of all others similarly situated; *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>ALL ELITE WRESTLING, LLC; *et al.*<br><br>    Defendants. | Civil Action No. 2:24-cv-05351<br><br>Hon. Mia Roberts Perez, U.S.D.J. |

## [PROPOSED] ORDER

**THIS CAUSE** is before the Court on Defendants' Omnibus Motion to Dismiss Plaintiffs' Complaint for Improper Venue or, in the Alternative, Transfer Venue, or Compel Arbitration and Dismiss Plaintiffs' Complaint ("Motion"). Upon due consideration of the instant Motion and Plaintiffs' Response thereto, it is **ORDERED**:

The Motion is **GRANTED** pursuant to Federal Rules of Civil Procedure 12(b)(3) and (b)(6) to the extent that Plaintiffs' Complaint is hereby **DISMISSED WITHOUT PREJUDICE** to refiling in the appropriate forum and venue.

**DONE AND ORDERED** in Philadelphia, Pennsylvania, on _____, 2024.

_____
Mia Roberts Perez
United States District Judge