IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kevin Kelly, et al  :  Civil Action
:
v.  :
:
All Elite Wrestling, et al  :  No.: 24005351

ORDER

AND NOW, this 15th day of October, 20 24, it is hereby ORDERED that the application of Stephen P. New, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.[1]

☐ DENIED.

_____
HON. MIA R. PEREZ          , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.