IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN FOOTE (aka Kevin Kelly), Individually and on behalf of all others similarly situated; | Civil Action No. 2:24-cv-05351 (Judge Perez) |
| BRANDON TATE, Individually and on behalf of all others similarly situated; and, | |
| BRENT TATE, Individually and on behalf of all others similarly situated; | |
| Plaintiffs, | |
| v. | |
| ALL ELITE WRESTLING, LLC; | |
| IAN RICCABONI; and, | |
| TONY KHAN; | |
| Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' OMNIBUS MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TRANSFER VENUE, OR COMPEL ARBITRATION AND DISMISS PLAINTIFFS' COMPLAINT**

It is hereby stipulated by and between Plaintiffs Kevin Foote, Brandon Tate, and Brent Tate and Defendants All Elite Wrestling, LLC, Ian Riccaboni, and Tony Khan, by and through their respective counsel, that Plaintiffs shall have a seven (7) day extension of time to file a Response in Opposition to Defendants' Omnibus Motion to Dismiss Plaintiffs' Complaint for Improper Venue or, in the Alternative, Transfer Venue, or Compel Arbitration and Dismiss

Plaintiffs' Complaint. Therefore, Plaintiffs' Response in Opposition must be filed on or before November 1, 2024.

/s/ Stephen P. New
Stephen P. New, Esquire
steve@newlawoffice.com
STEPHEN NEW & ASSOCIATES
430 Harper Park Dr.
Beckley, WV 25801
304-250-6017

Benjamin J. Baer, Esquire
bbaer@injurylawpartners.com
INJURY LAW PARTNERS
1628 JFK Blvd, Suite 1302
Philadelphia, PA 19103
215-402-2442
*Counsel for Plaintiffs*

/s/ B. Tyler White
B. Tyler White, Esquire
tyler.white@jacksonlewis.com
JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202 904-638-2655

(*per email consent October 23, 2024*)

Daniel F. Thornton
daniel.thornton@jacksonlewis.com
James D. McGuire
James.McGuire@jacksonlewis.com
Caralyn Reese
Caralyn.Reese@jacksonlewis.com
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
267-319-7802
*Counsel for Defendants*

**IT IS SO ORDERED.**

_____

                                                      Mia Roberts Perez  
                                                      United States District Judge